UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL


IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/


**ANDREW AND TRISTAN TATE'S UNOPPOSED MOTION
FOR LEAVE TO FILE MOTION FOR RELEASE
IN EXCESS OF THE PAGE LIMIT**

Pursuant to Local Rule 7.1(c)(2) of the Southern District of Florida, Andrew and Tristan Tate respectfully request leave to file their Joint Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention in excess of the 20-page limitation. Although each brother could have filed his own 20-page motion, the brothers consolidated their arguments into a single, joint motion containing 41 pages in 14-point font. The bigger font increases its length but makes it easier to read. Given the joint nature of the filing and the issues presented, the brothers respectfully request leave to file the motion in excess of the 20-page limit. The government does not oppose.

Respectfully submitted,

/s/ Thomas Maniotis
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants


/s/ Joseph D. McBride
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ Howard Srebnick
/s/ Alexa Klein
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com


/s/ Stephen James Binhak
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES
BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com