UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

**[PROPOSED] ORDER GRANTING ANDREW AND TRISTAN TATE'S
UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR RELEASE
IN EXCESS OF THE PAGE LIMIT [DE X]**

**THIS CAUSE** comes before the Court upon Andrew and Tristan Tate's Unopposed Motion for Leave to file their Joint Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention in excess of the 20-page limitation. DE X. Upon review of the motion, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Andrew and Tristan Tate's motion is GRANTED.

**DONE AND ORDERED** in Miami, Florida, this ___ day of August, 2026.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE