UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

**ANDREW AND TRISTAN TATE'S UNOPPOSED MOTION FOR LEAVE
TO FILE UNDER SEAL EXHIBIT 8 TO MOTION FOR RELEASE**

Andrew and Tristan Tate, through undersigned counsel, moves the Court for leave to file under seal Exhibit 8 and appendices to the Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention [DE#23; DE#24], on the grounds that several of the documents appended to Mr. Ford's Declaration are not part of the public record in the related United Kingdom proceedings and contain confidential communications between Mr. Ford and the Crown Prosecution Service. To the extent that Mr. Ford's Declaration contains reference to the confidential communications, undersigned has redacted those paragraphs in the publicly available filing at DE# 27. The government does not oppose.

WHEREFORE, Andrew and Tristan Tate respectfully request that this Honorable Court enter an Order directing that Exhibit 8 and its appendices be filed under seal.

Respectfully submitted,

/s/ Thomas Maniotis
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants


/s/ Joseph D. McBride
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ Howard Srebnick
/s/ Alexa Klein
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com


/s/ Stephen James Binhak
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES
BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com