UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

**[PROPOSED] ORDER GRANTING ANDREW AND TRISTAN TATE'S
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBIT 8 TO MOTION FOR RELEASE [DE X]**

**THIS CAUSE** comes before the Court upon Andrew and Tristan Tate's Unopposed Motion for Leave to file under seal Exhibit 8 and appendices to the Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention [DE#23; DE#24]. DE X.  Upon review of the motion, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Andrew and Tristan Tate's motion to file Exhibit 8 under seal is GRANTED, and for good cause shown, it is ORDERED that Exhibit 8 will be sealed until further order of the court.

**DONE AND ORDERED** in Miami, Florida, this ___ day of  August, 2026.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE