**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

---

IN THE MATTER OF THE EXTRADITION OF

**EMORY ANDREW TATE**
Case No. 1:26-mj-03260-LFL

**TRISTAN TATE**
Case No. 1:26-mj-03259-LFL

---

# Summary of Publicly Available Publication Activity

Rumble video channel and X accounts

January 2024 – July 2026

1

## I.  Summary

|  | Finding |
|---|---|
| **31 of 31** | Consecutive months, from January 2024 through July 2026, in which the Rumble video channel "Tate Speech by Andrew Tate" published at least one item. There is no month in the period in which it published nothing. |
| **633** | Videos and livestreams published on that channel during those 31 months. The fewest published in any single month was 6. |
| **216 of 216** | Days, from December 14, 2025 through July 17, 2026 — the last full day before the arrests — on which Andrew Tate published at least one post on X. There is no day in that period without a post. |
| **214 of 216** | Days in the same period on which Tristan Tate published at least one post on X. The two exceptions were January 12 and January 17, 2026. |
| **5,000** | Posts published across the two accounts during that 216-day period. |

*Each figure is computed from publication timestamps published by the platforms themselves and is reproducible from the sources identified in Part II.*

## II.  Sources and Method

| Item | Detail |
| --- | --- |
| Video data | Taken from the Rumble channel's own public listings and per-item metadata, which state each item's publication timestamp, title, duration and view count. Channel: rumble.com/c/Tatespeech ("Tate Speech by Andrew Tate"). |
| Post data | Taken from the X application programming interface under authenticated developer credentials, returning for each post its unique identifier, publication timestamp in Coordinated Universal Time, text and engagement metrics. Accounts: @Cobratate and @TateTheTalisman. |
| Collection dates | August 3 and 4, 2026. |
| End date | Post figures are stated through July 17, 2026, the last full day before the July 18, 2026 arrests. Video figures run through July 29, 2026, the date of collection; of the 633 items, 628 were published on or before July 17, 2026. |
| Coverage limit | The X interface tier used returns approximately the 3,200 most recent posts for each account. That limit, and not any gap in posting, is why the post data begins on December 14, 2025. No post falling within the stated period is omitted. |
| Reproducibility | Every item summarized here remains publicly accessible and may be retrieved by any person. |

## III.  Video Publication by Month, January 2024 – July 2026

The channel published 633 videos and livestreams over the 31 months shown. It published in every one of those months. The fewest in any month was 6, in October 2025 and again in July 2026; the most was 32, in January and March 2024.



Each bar is one calendar month. No month is zero. July 2026 (hatched) is shown through July 29; one item was published before the July 18 arrests and five after.

Monthly figures:

| Month | Items | Month | Items | Month | Items |
|---|---|---|---|---|---|
| Jan 2024 | 32 | Feb 2024 | 29 | Mar 2024 | 32 |
| Apr 2024 | 26 | May 2024 | 19 | Jun 2024 | 25 |
| Jul 2024 | 31 | Aug 2024 | 31 | Sep 2024 | 31 |
| Oct 2024 | 29 | Nov 2024 | 29 | Dec 2024 | 29 |
| Jan 2025 | 28 | Feb 2025 | 19 | Mar 2025 | 17 |
| Apr 2025 | 23 | May 2025 | 16 | Jun 2025 | 19 |
| Jul 2025 | 22 | Aug 2025 | 21 | Sep 2025 | 12 |
| Oct 2025 | 6 | Nov 2025 | 7 | Dec 2025 | 18 |
| Jan 2026 | 10 | Feb 2026 | 11 | Mar 2026 | 16 |
| Apr 2026 | 11 | May 2026 | 13 | Jun 2026 | 15 |
| Jul 2026 | 6 | | | | |

## IV.  Daily Posting, December 14, 2025 – July 17, 2026

The period below spans 216 consecutive days and ends on the last full day before the arrests. Each square represents one calendar day.



Filled square = at least one post published that day.  Open square = no post.  Day of month runs left to right.

Andrew Tate published at least one post on 216 of the 216 days. Tristan Tate published at least one post on 214 of those days; the exceptions were January 12 and January 17, 2026.

Posts per month within the period:

| Month | @Cobratate | @TateTheTalisman |
|---|---|---|
| Dec 2025 | 283 | 118 |
| Jan 2026 | 531 | 190 |
| Feb 2026 | 533 | 252 |
| Mar 2026 | 524 | 294 |
| Apr 2026 | 366 | 212 |
| May 2026 | 408 | 335 |
| Jun 2026 | 344 | 294 |
| Jul 2026 | 148 | 168 |
| Total | 3,137 | 1,863 |

## V.   Independent Measurement of Public Recognition, Second Quarter 2026

Parts II through IV summarize material published by the subjects themselves. This Part summarizes measurement published by an independent third party, YouGov, which conducts a continuously fielded, quarterly-averaged survey of public figures and reports, for each person tracked, the percentage of adults in a given national market who say they have heard of that person. YouGov reports this measure under the heading "fame."

The figures below are drawn from a single YouGov list — the most-recognized internet personalities measured in the United States — for the second quarter of 2026. All entries are therefore measured on the same instrument, in the same market, in the same quarter.

| Person | Adults who have heard of this person | Rank |
|---|---|---|
| MrBeast | 67% | 1 |
| Logan Paul | 65% | 2 |
| ANDREW TATE | 55% | 3 |
| PewDiePie | 44% | 6 |
| Addison Rae | 40% | 9 |
| Charli D'Amelio | 39% | 13 |
| Kai Cenat | 38% | 15 |

Source: YouGov Ratings, "The most famous influencers in America 2026," United States, second quarter 2026 wave, at yougov.com/ratings/influencers. Retrieved August 6, 2026.