**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>26-MJ-03260-LOUIS</u>**

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE**

_____/

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, the United States of America, by and through the undersigned, noticing

that Rachel M. Yasser, Trial Attorney in the Office of International Affairs, will appear on behalf

of the United States as counsel on the above captioned case.

Respectfully submitted,

By:   _/s/ Rachel M. Yasser_
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Email: Rachel.Yasser2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:     _/s/ Rachel M. Yasser_

Rachel M. Yasser
Trial Attorney