

MINISTERUL JUSTIȚIEI



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-mj-03259/03260-LFL

EXHIBIT NO. 2

*Via e-mail*
Our ref: 3836/24.07.2026

U.S. DEPARTMENT OF JUSTICE
Criminal Division
Office of International Affairs
1301 New York Avenue, N.W.
Suite 800
Washington DC 20005

*Re: Treaty on Mutual Legal Assistance in Criminal Matters between Romania and The United States of America, signed on May 26th 1999 in Washington – Emory Andrew Tate and Tristan Tate*

The Ministry of Justice of Romania presents its compliments to the U.S. Department of Justice and, with reference to the letter dated July 22, 2026 requesting assistance related to the pending charges against Emory Andrew Tate and Tristan Tate in Romania as well as authorization to disclose information in the U.S. court proceedings concerning the United Kingdom's provisional arrest and extradition of the two individuals, has the honour to inform that the competent judicial authority has granted the requested authorization.

The requested information is contained in the attached letter No. 2557/D/P/2023 dated 23.07.2026 issued by the Prosecutor's Office attached to the High Court of Cassation and Justice – Directorate for Investigating Organized Crime and Terrorism (D.I.I.C.O.T).

The Romanian Ministry of Justice avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

Teodora STOIAN

Secretary of State

Str. Apolodor nr. 17, sector 5, 050741 București, România
Tel. +4 037 204 1999
www.just.ro

Pagina 1 din 2

COD: FS-01-11-ver.5

TATE_0035

 

**R O M Â N I A**
MINISTERUL  PUBLIC
PARCHETUL  DE  PE  LÂNGĂ
ÎNALTA  CURTE  DE  CASAȚIE  ȘI  JUSTIȚIE
DIRECȚIA DE INVESTIGARE A INFRACȚIUNILOR DE CRIMINALITATE ORGANIZATĂ ȘI
TERORISM
STRUCTURA CENTRALĂ
SECȚIA DE COMBATERE A CRIMINALITĂȚII ORGANIZATE

Sfânta Vineri, nr.  33, sector 3,  mun. Bucureşti, contact@diicot.ro, cod operator 16051
Telefon/Fax:  021 311.85.70

Dosar penal nr. 2557/D/P/2023                                                23.07.2026

**Către**

**MINISTERUL JUSTIȚIEI**
- Serviciul de cooperare judiciară internațională în materie penală –
Direcția Drept Internațional şi Cooperare Judiciară
- în atenția domnului Alexandru Ciuciu-

Având în vedere solicitarea formulată de Departamentul de Justiție al S.U.A. - Secția Penală. emisă la data de **22 iulie 2026** prin care se solicită comunicarea unor informații referitoare la acuzațiile formulate împotriva numiților **TATE III Emory Andrew** şi **TATE Tristan**, precum şi la alte aspecte de interes privind cauza, vă comunicăm următoarele:

În perioada **29 decembrie 2022 – 03 iulie 2026**, organele judiciare competente din România au adus la cunoştința numiților TATE III Emory Andrew şi TATE Tristan calitatea de inculpat şi acuzațiile formulate împotriva acestora, în legătură cu săvârşirea mai multor infracțiuni.
Astfel, în ceea ce îl priveşte pe numitul **TATE III Emory Andrew**, acesta este cercetat sub aspectul săvârşirii următoarelor infracțiuni:
1.**"constituire a unui grup infracțional organizat"** – în modalitatea constituirii, faptă prev. de **art. 367 alin. 1, 3 şi 6 C.pen.**;
2.**"trafic de minori",** faptă prev. şi ped. de **art. 211 alin. 1 şi 2 lit. a rap. la art. 210 alin. 1 lit. a şi b C.pen. rap. la art. 182 lit. c C.pen. cu aplic. art. 5 C.pen.**;
3.**"trafic de persoane în formă continuată"** – 11 acte materiale , faptă prev. de **art. 210 alin. 1 lit. a şi b C.pen. rap. la art. 182 lit. c C.pen. cu aplic. art. 35 alin. 1 C.pen. şi art. 5 C.pen.**;
4.**"act sexual cu un minor în formă continuată"** – fără a se putea stabili numărul actelor materiale, faptă prev. şi ped. de **art. 220 alin. 1 şi 4 lit. e C.pen. cu aplic. art. 35 C.pen.**;
5.**"influențarea declarațiilor în formă continuată"** – 7 acte materiale, faptă prev. şi ped. de **art. 272 alin. 1 C.pen. cu aplic. art. 35 alin. 1 C.pen.**;

1

TATE_0036

6.**"spălare a banilor în formă continuată"** – în modalitatea ascunderii – *5 acte materiale*, faptă prev. și ped. de **art. 49 alin. (1) lit. "b" Legea 129/2019 cu aplic. art. 35 alin. (1) din C. Pen.;**

7.**"sustragerea de sub sechestru în formă continuată"** – *5 acte materiale*, faptă prev. și ped. de **art. 261 alin. (1) și (2) din C.Pen. cu aplic. art. 35 alin. (1) din C. Pen.;**

8. **viol în formă continuată"** – **2 acte materiale din datele de 20.03.2022 și 27.03.2022**), prev. de **art. 218 alin. 1 C.pen. cu aplic. art. 35 alin. 1 C.pen.**, *toate cu aplic. art. 38 alin. 1 C.pen.*.

În ceea ce îl privește pe numitul **TATE Tristan**, acesta este cercetat sub aspectul săvârșirii următoarelor infracțiuni:

1.**"constituire a unui grup infracțional organizat"** – în modalitate constituirii, faptă prev. de **art. 367 alin. 1, 3 și 6 C.pen.;**

2.**"trafic de persoane în formă continuată"** – **34 acte materiale** prin raportare la numărul victimelor, faptă prev. de **art. 210 alin. 1 lit. a și b C.pen. rap. la art. 182 lit. c C.pen. cu aplic. art. 35 alin. 1 C.pen. și art. 5 C.pen.;**

3.**"complicitate la trafic de minori"**, faptă prev. de **art. 48 alin. 1 C. pen. rap. la art. 211 alin. 1 și 2 lit. a rap. la art. 210 alin. 1 lit. a și b C.pen. rap. la art. 182 lit. c C.pen. cu aplic. art. 5 C.pen.;**

4.**"spălarea banilor în formă continuată"** – în modalitatea ascunderii – **5 acte materiale**, faptă prev. și ped. de **art. 49 alin. (1) lit. "b" Legea 129/2019 cu aplic. art. 35 alin. (1) din C. Pen.;**

5.**"sustragere de sub sechestru"** - în forma agravată, prevăzută de **art. 261 alin. (1) și (2) din C.Pen.**,

6.**"influențarea declarațiilor în formă continuată"** – **12 acte materiale**, faptă prev. de **art. 272 alin. 1 C.pen.cu aplic. art. 35 alin. 1 C.pen.**, *toate cu aplic. art. 38 alin. 1 C.pen.*.

### Situația de fapt și cadrul general al activității infracționale reținute în cele două cauze

Numiții TATE III Emory Andrew și Tristan TATE sunt cercetați pentru săvârșirea infracțiunilor de constituirea unui grup infracțional, trafic de persoane în formă continuată, precum și a altor infracțiuni conexe.

Potrivit acuzațiilor, activitatea infracțională s-a desfășurat în perioada **2014–2022**, prin utilizarea aceleiași modalități de operare, respectiv *"loverboy"*, dosarul vizând fapte săvârșite în perioada 2012 – decembrie 2022 asupra unui număr total de 46 de persoane vătămate, precum și asupra unor infracțiuni conexe.

Conform materialului de urmărire penală, cei doi au identificat și recrutat persoane aflate în situații de vulnerabilitate, pe care le-au indus în eroare prin simularea existenței unor relații afective autentice ori prin promisiunea obținerii unor venituri importante. După câștigarea încrederii și crearea unei dependențe emoționale, victimele au fost recrutate, transportate și adăpostite în locații aflate sub controlul acestora, în principal în municipiul Voluntari, județul Ilfov, România, dar și pe teritoriul Marii Britanii.

În continuarea activității infracționale, asupra persoanelor vătămate au fost exercitate diferite forme de constrângere psihică și, în anumite cazuri, fizică, constând în intimidare, supraveghere permanentă, control, șantaj emoțional, amenințări și alte mijloace de presiune, în scopul exploatării sexuale a acestora, respectiv prin determinarea victimelor să desfășoare activități de videochat, să producă și să difuzeze materiale cu caracter pornografic prin intermediul platformelor Adultwork, MyFreeCams și OnlyFans, iar, în anumite situații, să desfășoare activități pe platforma TikTok pentru atragerea unui număr cât mai mare de urmăritori, activități din care cei doi ar fi obținut importante beneficii materiale

În esență, activitatea imputată constă în recrutarea, transportarea, transferarea, adăpostirea și exploatarea unor persoane vulnerabile, inclusiv minore, prin inducere în eroare și exercitarea unor forme de constrângere, în scopul obținerii de foloase patrimoniale.

Pe lângă infracțiunile de trafic de persoane și constituirea unui grup infracțional organizat, cei doi sunt cercetați și pentru săvârșirea infracțiunii de trafic de minori, respectiv complicitate la infracțiunea de trafic de minori, precum și pentru infracțiunile de spălarea banilor, sustragere de sub sechestru și influențarea declarațiilor, reținându-se, în esență, că au introdus în circuitul economic sume provenite din exploatarea victimelor, au înstrăinat bunuri indisponibilizate prin măsuri asigurătorii și au încercat să determine/au determinat martori și persoane vătămate pentru a nu colabora cu organele judiciare ori pentru a formula declarații necorespunzătoare adevărului.

2

TATE_0037

Totodată, în sarcina numitului Tristan TATE este reținută și infracțiunea de instigare la lovire sau alte violențe, constând în aceea că, la data de 28 octombrie 2021, a determinat alte două persoane să exercite acte de violență asupra unei persoane vătămate, ca represalii pentru refuzul acesteia de a continua activitățile de producere a materialelor cu caracter pornografic.

În ceea ce îl privește pe numitul TATE III Emory Andrew, în sarcina acestuia au fost reținute, de asemenea, infracțiunile de incitare la ură sau discriminare în formă continuată și act sexual cu un minor.

Potrivit acuzațiilor formulate, activitatea infracțională imputată celor doi prezintă un caracter sistematic și continuu, fiind desfășurată pe parcursul mai multor ani prin utilizarea aceleiași modalități de operare și urmărind obținerea unor beneficii patrimoniale substanțiale din exploatarea persoanelor vătămate.

În ceea ce privește **măsurile preventive** dispuse față de numiții TATE III Emory Andrew și TATE Tristan, aceștia au făcut obiectul unor măsuri preventive constând în arest preventiv, arest la domiciliu și control judiciar, dispuse succesiv în cadrul a două dosare penale, după cum urmează:

În privința măsurilor preventive dispuse în dosarul penal cu nr. **1305/D/P/2022**, inculpații Andrew și Tristan TATE au fost supuși, în perioada **30 decembrie 2022 – 04 august 2023, măsurii preventive constând în arest preventiv**, respectiv arest la domiciliu în perioada **31 martie 2023 - 29 aprilie 2023**, iar ulterior, începând cu data de **04 august 2023 și până la data de 06 aprilie 2026**, față de aceștia a fost dispusă succesiv **măsura preventivă a controlului judiciar**, menținută pe toată această perioadă, măsura controlului judiciar fiind revocată prin încheierea Tribunalului București – Secția I Penală din data de 06 aprilie 2026.

În cazul celui de-al doilea dosar penal cu nr. **2557/D/P.2022**, inculpatul Andrew TATE a fost supus măsurii arestului la domiciliu în perioada **21 august 2024 – 14 februarie 2025**, iar ulterior a fost plasat sub **măsura preventivă a controlului judiciar**, măsură aflată în vigoare până în prezent, **fiind prelungită succesiv până la data de 25 septembrie 2026, inclusiv**.

În ceea ce îl privește pe inculpatul Tristan TATE, acesta a fost sub incidența măsurii **controlului judiciar** în perioada **22 august 2024 – 12 februarie 2025** dată la care măsura preventivă a fost revocată prin încheierea emisă de către Tribunalul București – Secția I Penală. Ulterior, prin ordonanța procurorului din data de 03 iulie 2026 s-a dispus **luarea măsurii preventive a controlului judiciar** față de inculpatul TATE Tristan pentru o perioadă de **60 de zile, de la 03 iulie 2026 până la 31 august 2026, inclusiv**, ca urmare a noilor acuzații formulate împotriva acestuia.

În ceea ce privește informațiile referitoare la încercările de influențare a martorilor ori a declarațiilor acestora, vă comunicăm că, astfel cum rezultă din acuzațiile deja formulate împotriva numiților TATE III Emory Andrew și TATE Tristan, aceștia au fost puși sub acuzare pentru săvârșirea infracțiunii de influențare a declarațiilor, în formă continuată, reținându-se în sarcina numitului TATE Tristan un număr de 12 acte materiale, iar în sarcina numitului TATE III Emory Andrew un număr de 7 acte materiale.

În privința obligațiilor instituite ca urmare a măsurilor preventive dispuse față de numiții TATE III Emory Andrew și TATE Tristan, menționăm că aceștia au respectat în integralitate obligațiile ce le-au fost impuse, prezentându-se la toate chemările organelor judiciare și conformându-se măsurilor dispuse cu fiecare ocazie.

În ceea ce privește solicitarea dumneavoastră privind acordarea permisiunii de a face publice informațiile comunicate de către noi, vă aducem la cunoștință că ne exprimăm acordul pentru publicarea acestora.

În măsura în care apreciați că sunt necesare informații ori clarificări suplimentare, vă stăm la dispoziție pentru furnizarea acestora.

Cu stimă,

PROCUROR ȘEF SECȚIE,  
TODORAN ADRIAN-PETRE

PROCUROR ȘEF SERVICIU,  
CEH LAURA

3

TATE_0038



[Coat of arms of Romania]



[Logo: Directorate for Investigating Organized Crime and Terrorism]

**R O M A N I A**
**PUBLIC MINISTRY**
**PROSECUTOR'S OFFICE ATTACHED TO**
**THE HIGH COURT OF CASSATION AND JUSTICE**
**DIRECTORATE FOR INVESTIGATING ORGANIZED CRIME AND TERRORISM**
**CENTRAL STRUCTURE**
**SECTION FOR COMBATING ORGANIZED CRIME**

**Sfanta Vineri No. 33, Sector 3, Bucharest, contact@diicot.ro, operator code** 16051
Phone/Fax: 021 311. 85.70

**Criminal Case No. 2557/D/P/2023**                                                **07.23.2026**

**To**

**THE MINISTRY OF JUSTICE**
**– Division for International Judicial Cooperation in Criminal Matters –**
**Directorate for International Law and Judicial Cooperation**
**– Attn: Mr. Alexandru Ciuciu –**

In response to the request from the U.S. Department of Justice – Criminal Division, sent on **22 July 2026**, seeking information regarding the charges brought against **Emory Andrew TATE III** and **Tristan TATE**, as well as other matters of interest related to the case, we hereby provide the following information:

Between **29 December 2022-03 July 2026**, the judicial authorities in Romania notified Emory Andrew TATE III and Tristan TATE of their standing as defendants and of the charges brought against them in connection with the commission of several offenses.

Specifically, **Emory Andrew TATE III** is under investigation for the following offenses:

1. **"creating an organized criminal group" – by being the person who created it**, an offense in violation of **Art. 367(1), (3), and 6 of the Criminal Code**;

2. **"child trafficking"** an offense in violation and punishable under **Arts. 211(1) and (2)(a) and (b), in conjunction with Art. 210(1)(a) and (b) of the Criminal Code, in conjunction with Art. 182(c) of the Criminal Code, with the application of Art. 5 of the Criminal Code**;

3. **"human trafficking/trafficking in persons as a continuing offense"** – 11 material acts, an offense in violation of **Art. 210(1)(a) and (b) of the Criminal Code, in conjunction with Art. 182(c) of the Criminal Code, with the application of Art. 35(1) of the Criminal Code and Art. 5 of the Criminal Code**;

4. **"sexual intercourse with a minor, as a continuing offense" – the number of specific acts could not be determined**, an offense in violation of **Art. 220(1) and 4(e) of the Criminal Code, with the application of Art. 35 of the Criminal Code**;

5. **"influencing witness statements on an ongoing basis"** – 7 material acts, an offense in violation and punishable under **Art. 272(1) of the Criminal Code, with the application of Art. 35(1) of the Criminal Code**;

1

TATE_0039

6. **"money laundering as a continuing offense"—by concealment—***5 material acts*, an offense in violation and punishable under **Art. 49(1)(b) of Law 129/2019, with the application of Art. 35(1) of the Criminal Code;**

7. **"removal and hiding of property from seizure on a continuing basis"—***5 material acts*, an offense in violation of and punishable under **Art. 261(1) and (2) of the Criminal Code, in conjunction with Art. 35 (1) of the Criminal Code;**

8. **"repeated rape" – 2 material acts committed on 03.20.2022, and 03.27.2022**), in violation of **Art. 218(1) of the Criminal Code, with the application of Art. 35(1) of the Criminal Code,** *all with the application of Art. 38(1) of the Criminal Code.*

As for **Tristan TATE**, he is under investigation for committing the following offenses:

1. **"creating an organized criminal group" – by being the person who created it,** an offense in violation of **Art. 367(1), (3), and (6) of the Criminal Code;**

2. **"human trafficking/trafficking in persons as a continuing offense"– 34 material acts** an offense in violation of **Art. 210(1)(a) and (b) of the Criminal Code, in conjunction with Art. 182(c) of the Criminal Code, with the application of Art. 35(1) of the Criminal Code and Art. 5 of the Criminal Code;**

3. **"aiding and abetting the trafficking of minors,"** an offense in violation of **Art. 48(1) of the Criminal Code, in conjunction with Art. 211(1) and (2)(a), in conjunction with Art. 210(1)(a) and (b) of the Criminal Code, in conjunction with Art. 182(c) of the Criminal Code; with the application of Art. 5 of the Criminal Code;**

4. **"money laundering as a continuing offense"—by concealment—5 material acts,** an offense in violation and punishable under **Art. 49(1)(b) of Law 129/2019, with the application of Art. 35(1) of the Criminal Code;**

5. **"removal and hiding of property from seizure on a continuing basis" – aggravated form, an offense in violation of and punishable under Art. 261(1) and (2) of the Criminal Code;**

6. **"influencing witness statements on an ongoing basis" - 12 material acts**, an offense in violation and punishable under **Art. 272(1) of the Criminal Code, with the application of Art. 35(1) of the Criminal Co**de, *all with application of Art.38(1), Criminal Code*;

### Background facts related to the criminal activity alleged in the two cases

Emory Andrew TATE III and Tristan TATE are under investigation for the crimes to create a criminal organization, human trafficking as a continuing offense, and other related crimes.

According to the charges, the criminal activity took place between **2014-2022**, using the same modus operandi, the "*loverboy*" method, activities covering acts committed between 2012-December 2022 against a total of 46 victims, as well as other related offenses.

According to the criminal investigation file, the two defendants identified and recruited individuals in vulnerable situations, whom they deceived by feigning a genuine romantic relationship or by promising them substantial financial gains. After gaining their trust and creating emotional dependence, the victims were recruited, transported, and housed in locations under the suspects' control, primarily in the city of Voluntari, Ilfov County, Romania, but also in the United Kingdom.

As part of the ongoing criminal activity, various forms of psychological and, in certain cases, physical coercion were exerted on the victims, consisting of intimidation, constant surveillance, control, emotional blackmail, threats, and other means of pressure, for the purpose of sexually exploiting them, specifically by coercing the victims into engaging in video chat activities and producing and distributing pornographic material through the platforms Adultwork, MyFreeCams and OnlyFans, and, in certain situations, to engage in activities on the TikTok platform to attract as many followers as possible, activities from which the two allegedly obtained significant financial gain.

Basically, the alleged activity consisted in recruiting, transporting, transferring, harboring, and exploiting vulnerable individuals, including minors, through deception and the use of various forms of coercion, for the purpose of obtaining financial gain.

In addition to the crimes of human trafficking and creating an organized criminal group, both individuals are also under investigation for child trafficking and conspiracy in child trafficking, respectively, as well as money laundering, removal and hiding of assets from seizure, and influencing testimony; allegedly, they introduced funds derived from the exploitation of the victims into the economic circuit, disposed of assets frozen by precautionary measures, and attempted to induce or induced witnesses and victims not to cooperate with judicial authorities or to make statements that were untrue.

2

TATE_0040

At the same time, Tristan TATE is also charged with the crime of incitement to assault or other acts of violence, based on the fact that, on 28 October 2021, he convinced two other individuals to commit acts of violence against a victim in retaliation for the victim's refusal to continue producing pornographic material.

As for Emory Andrew TATE III, he has also been charged with hate crimes of incitement to hatred or discrimination as a continuing offense and sexual intercourse with a minor.

According to the charges, the criminal activity attributed to the two individuals is systematic and ongoing, having been carried out over several years using the same modus operandi and with the aim of obtaining substantial financial gains from the exploitation of the victims.

With regard to the **preventive measures** ordered against Emory Andrew TATE III and Tristan TATE, they were subject to preventive measures consisting of pretrial detention, house arrest, and judicial supervision, ordered successively in two criminal cases, as follows:

Regarding the preventive measures ordered in criminal case **No. 1305/D/P/2022**, from **30 December 2022-04 August 2023**, the defendants Andrew and Tristan TATE were subject to the preventive measure of pretrial detention, followed by house arrest from **31 March 2023-29 April 2023**; and subsequently, from **04 August 2023 through 06 April 2026**, the **preventive measure of judicial supervision** was successively ordered against them and maintained throughout this entire period; the judicial supervision measure was revoked by an order issued by the Bucharest Court—First Criminal Division dated 06 April 2026.

In the second criminal case, **No. 2557/D/P.2022,** the defendant Andrew TATE was subject to house arrest from **21 August 2024-14 February 2025**, and was subsequently placed under the **preventive measure of judicial supervision,** a measure that remains in effect to this day, **having been successively extended through 25 September 2026, inclusive**.

As for the defendant Tristan TATE, he was subject to **judicial supervision** from **22 August 2024-12 February 2025,** when the preventive measure was revoked by an order issued by the Bucharest Court – First Criminal Division. Subsequently, by an order of the prosecutor dated 03 July 2026, the **preventive measure of judicial supervision** has been imposed on defendant Tristan TATE for a period of **60 days, from 03 July 2026, through 31 August 2026, inclusive**, as a result of new charges brought against him.

Regarding the information concerning attempts to influence witnesses or their statements, we inform you that, as shown by evidence in the charges already filed against Emory Andrew TATE III and Tristan TATE, they have been charged with the offense of influencing witness testimony on a continuing basis, Tristan TATE being charged with 12 counts and Emory Andrew TATE III charged with 7 counts.

Regarding the obligations imposed as a result of the preventive measures ordered against Emory Andrew TATE III and Tristan TATE, we note that they have fully complied with the obligations imposed upon them, appearing in response to all summonses from the judicial authorities and complying with the measures ordered on each occasion.

Regarding your request for permission to make public the information we have provided, please be advised that we consent to its publication.

Should you require any additional information or clarification, we kindly request that you let us know.

Sincerely,

[Stamp:
PUBLIC MINISTRY
ROMANIA
PROSECUTOR'S OFFICE
ATTACHED TO THE HIGH
COURT OF CASSATION AND
JUSTICE
Directorate For Investigating
Organized Crime and Terrorism
CENTRAL STRUCTURE
SECTION FOR COMBATING
ORGANIZED CRIME]

**CHIEF DIVISION PROSECUTOR,**
**TODORAN ADRIAN-PETRE**
[*Signature*]

**CHIEF DEPARTMENT PROSECUTOR,**
**CEH LAURA**
[*Signature*]

3

TATE_0041