

MINISTERUL JUSTIȚIEI



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-mj-03259/03260-LFL

EXHIBIT NO. 3

*Via e-mail*
Our ref: 3836/27.07.2026

U.S. DEPARTMENT OF JUSTICE
Criminal Division
Office of International Affairs
1301 New York Avenue, N.W.
Suite 800
Washington DC 20005

Re: *Treaty on Mutual Legal Assistance in Criminal Matters between Romania and The United States of America, signed on May 26th 1999 in Washington - Emory Andrew Tate and Tristan Tate*

The Ministry of Justice of Romania presents its compliments to the United States Department of Justice and, further to this Ministry's letter dated 24 July 2026 and the subsequent request for additional information received by email on the same date regarding the U.S. court proceedings concerning the extradition of Emory Andrew Tate and Tristan Tate to the United Kingdom, has the honour to transmit the attached letter No. 2557/D/P/2023 dated 27.07.2026 issued by the Prosecutor's Office attached to the High Court of Cassation and Justice - Directorate for Investigating Organized Crime and Terrorism (D.I.I.C.O.T.).

This letter, together with our previous letter transmitted to your office, may be filed before the U.S. courts.

The Romanian Ministry of Justice avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

Dana Maria ROMAN

Director
Directorate for International Law and Judicial Cooperation

Str. Apolodor nr. 17, sector 5, 050741 București, România
Tel. +4 037 204 1999
www.just.ro

Pagina 1 din 2

COD: FS-01-11-ver.5

TATE_0042




R O M Â N I A
MINISTERUL   PUBLIC
PARCHETUL   DE   PE   LÂNGĂ
ÎNALTA   CURTE   DE   CASAŢIE   ŞI   JUSTIŢIE
DIRECŢIA DE INVESTIGARE A INFRACŢIUNILOR DE CRIMINALITATE ORGANIZATĂ
ŞI TERORISM
STRUCTURA CENTRALĂ
SECŢIA DE COMBATERE A CRIMINALITĂŢII ORGANIZATE

Sfânta Vineri, nr. 33, sector 3, mun. Bucureşti, contact@diicot.ro, cod operator 16051
Telefon/Fax:  021 311.85.70

Dosar penal nr. 2557/D/P/2023

27.07.2026

Către,

**MINISTERUL JUSTIŢIEI - Serviciul cooperare judiciară internaţională în materie penală**
**Direcţia Drept Internaţional şi Cooperare Judiciară**

Având în vedere solicitarea formulată de Departamentul de Justiţie al S.U.A. - SECŢIA PENALĂ, de furnizare a unor informaţii suplimentare referitoare la răspunsul comunicat în data de 27.07.2026, formulăm următoarele precizări, în vederea completării şi clarificării aspectelor transmise iniţial, precum şi a aspectelor cu privire la care aţi solicitat informaţii suplimentare, după cum urmează:

Din probatoriul administrat în cauză rezultă că numiţii TATE III Emory Andrew şi TATE Tristan, în perioada în care se aflau sub măsura arestului preventiv, cât şi ulterior, după ce au fost puşi sub măsura preventivă a controlului judiciar, **respectiv în perioada ianuarie 2023 – iulie 2024**, având cunoştinţă de existenţa unui dosar penal care îi vizează, dosar penal în cadrul căruia se desfăşurau activităţi de administrare a probelor prin audierea a persoanelor vătămate, au desfăşurat în mod constant demersuri menite să influenţeze declaraţiile acestora.

În acest scop, TATE III Emory Andrew şi TATE Tristan au încercat să determine / au determinat persoanele audiate să nu dea declaraţii în cauză, să formuleze declaraţii mincinoase ori să îşi retragă declaraţiile anterior date, recurgând, după caz, la acte de corupere constând în oferirea de sume de bani şi bunuri, precum şi la acte de constrângere, materializate prin ameninţări, prin divulgarea, fără drept, în spaţiul public, a unor documente şi informaţii privind viaţa privată a persoanelor vătămate şi a membrilor familiilor acestora, demersuri ce au avut ca finalitate expunerea persoanelor vătămate la un val de ameninţări şi acte de hărţuire în mediul online, primind numeroase mesaje cu caracter intimidant, inclusiv ameninţări cu moartea, provenite de

1

TATE_0043

la susținători ai celor doi, împrejurări care au afectat în mod semnificativ viața privată, starea de siguranță și integritatea psihică a persoanelor vătămate.

De asemenea, TATE III Emory Andrew și TATE Tristan au indus persoanelor vătămate percepția că organele de urmărire penală ar exercita presiuni asupra acestora, le-ar dicta declarațiile și ar incerca să le influențeze conduita procesuală, cu consecința afectării libertății de exprimare și a caracterului sincer al declarațiilor, implicându-se totodată în asigurarea asistenței juridice a persoanelor chemate la audiere, respectiv prin angajarea unor apărători loiali intereselor celor doi inculpați, care să le asiste în cadrul procedurilor de audiere, demersuri de natură să exercite o presiune asupra persoanelor vătămate și să afecteze libertatea de exprimare a acestora.

Sub aceste aspecte, în cazul numitului TATE III Emory Andrew s-a reținut că, în perioada ianuarie 2023 – iulie 2024, a influențat ori a încercat să influențeze un număr de 7 persoane vătămate, în vederea determinării acestora să dea declarații mincinoase, să nu dea declarații sau să își retragă declarațiile, iar în cazul numitului TATE Tristan s-a reținut că, în perioada august 2023 – mai 2024, a influențat ori a încercat să influențeze un număr de 12 persoane vătămate, în aceleași împrejurări, fapte care se circumscriu infracțiunii de influențarea declarațiilor, săvârșită în formă continuată.

În final, vă comunicăm că suntem de acord ca infromațiile să fie folosite în fața instanței, așa cum au fost transmise.

Cu stimă,

PROCUROR ȘEF SECȚIE,
TODORAN ADRIAN-PETRE

PROCUROR ȘEF SERVICIU,
LAURA CEH

2

TATE_0044



MINISTRY OF JUSTICE
[logo: Government of Romania]

Via e-mail
Our ref: 3836/27.07.2026

U.S. DEPARTMENT OF JUSTICE
Criminal Division
Office of International Affairs
1301 New York Avenue, N.W.
Suite 800
Washington DC 20005

Re: *Treaty on Mutual Legal Assistance in Criminal Matters between Romania and The United States of America, signed on May 26th 1999 in Washington - Emory Andrew Tate and Tristan Tate*

The Ministry of Justice of Romania presents its compliments to the United States Department of Justice and, further to this Ministry's letter dated 24 July 2026 and the subsequent request for additional information received by email on the same date regarding the U.S. court proceedings concerning the extradition of Emory Andrew Tate and Tristan Tate to the United Kingdom, has the honour to transmit the attached letter No. 2557/D/P/2023 dated 27.07.2026 issued by the Prosecutor's Office attached to the High Court of Cassation and Justice - Directorate for Investigating Organized Crime and Terrorism (D.I.I.C.O.T.).

This letter, together with our previous letter transmitted to your office, may be filed before the U.S. courts.

The Romanian Ministry of Justice avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

Dana Maria ROMAN

Director
Directorate for International Law and Judicial Cooperation

[seal: **ROMANIA**
Directorate of International Law and Judicial Cooperation
ROMANIA Coat of arms
MINISTRY OF JUSTICE]

Str, Apolodor nr. 17, Sector 5, București, Cod 050741, România
Tel. +4 037 204 1999
www.just.ro

Page 1 of 2

COD: FS-01-11-ver.5

TATE_0045



[Romania Coat of arms]



[Logo: Directorate for Investigating Organized Crime and Terrorism]

**R O M A N I A**
**PUBLIC MINISTRY**
**PROSECUTOR'S OFFICE ATTACHED TO**
**THE HIGH COURT OF CASSATION AND JUSTICE**
**DIRECTORATE FOR INVESTIGATING ORGANIZED CRIME AND TERRORISM**
**CENTRAL STRUCTURE**
**SECTION FOR COMBATING ORGANIZED CRIME**

**Sfanta Vineri No. 33, Sector 3, Bucharest, contact@diicot.ro, operator code** 16051
**Phone/Fax: 021 311. 85.70**

**Criminal Case No. 2557/D/P/2023**                                             **07.27.2026**

**To,**

**THE MINISTRY OF JUSTICE – International Judicial Cooperation in Criminal Matters Service, Directorate of International Law and Judicial Cooperation**

In response to the request submitted by the U.S. Department of Justice – CRIMINAL DIVISION, to provide additional information regarding the response sent on 07.27.2026, we provide the following facts to supplement and clarify the information provided initially, as well as the matters for which you requested additional information, as follows:

The evidence presented in this case shows that the defendants Emory Andrew TATE III and Tristan TATE, while held in custody in pretrial detention, as well as subsequently, after they were placed under judicial supervision, **respectively**, **between January 2023-July 2024**, were aware of  the charges against them, during criminal procedures related to the case, interviews of the victims were conducted in order to gather evidence, and consistently the defendants took steps intended to influence the victims' statements.

Therefore, Emory Andrew TATE III and Tristan TATE attempted to persuade or did persuade the individuals being interviewed not to make any statements related to the case, to make false statements, or to retract their previous statements. They resorted to acts of bribery consisting of offering money and property to the victim, as well as acts of coercion, manifested through threats and the unauthorized disclosure to the public of documents and information regarding the private lives of the victims and their family members. These actions were intended to expose the victims to a wave of threats and online harassment through numerous intimidating messages,

1

TATE_0046

including death threats, sent by supporters of the two defendants. These messages significantly affected the victims' privacy, safety, and mental well-being.

Furthermore, Emory Andrew TATE and Tristan TATE led the victims to believe that law enforcement agencies were exerting pressure on them, dictating their statements, and attempting to influence their conduct during the proceedings. This resulted in the impairment of freedom of expression and the truthfulness of the statements, while also interfering with the legal representation for those summoned to hearings, specifically, by hiring defense attorneys loyal to the interests of the two defendants to assist them during the hearing proceedings, actions intended to exert pressure on the victims and impair their freedom of expression.

In this regard, in the case of Emory Andrew TATE III, it was found that, between January 2023-July 2024, he influenced or attempted to influence 7 victims with the aim of inducing them to make false statements, to refrain from making any statements, or to retract their statements; and in the case of the defendant Tristan TATE, it was found that, between August 2023-May 2024, he influenced or attempted to influence a total of 12 victims under the same circumstances. These acts constitute the offense of influencing statements, committed on a continuing basis.

Finally, we hereby inform you that we agree for the information to be shared with the court, as submitted.

Sincerely,

[Stamp:
PUBLIC MINISTRY
ROMANIA
PROSECUTOR'S OFFICE ATTACHED
TO THE HIGH COURT OF
CASSATION AND JUSTICE
Directorate For Investigating Organized
Crime and Terrorism
CENTRAL STRUCTURE
SECTION FOR COMBATING
ORGANIZED CRIME]

**CHIEF DIVISION PROSECUTOR,**
**TODORAN ADRIAN-PETRE**
[*Signature*]

**CHIEF DEPARTMENT PROSECUTOR,**
**CEH LAURA**
[*Signature*]

2

TATE_0047