UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
_______________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
_______________________________/

**[PROPOSED] ORDER GRANTING EMORY ANDREW TATE AND TRISTAN TATE'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 4, 10, AND 11 TO REPLY IN SUPPORT OF MOTION FOR RELEASE [DE X]**

**THIS CAUSE** comes before the Court upon Andrew Tate and Tristan Tate's Unopposed Motion for Leave to file under seal Exhibits 4, 10, and 11 [DE X] to the Reply in support of the Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention [DE#44 in both cases]. Upon review of the motion, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion to file the exhibits under seal is GRANTED, and for good cause shown, it is ORDERED that the exhibits will be sealed until further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this ___ day of August, 2026.

_______________________________
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE