**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**
**GENERAL CIVIL DIVISION**

TRISTAN AND ANDREW TATE, Case #: 502023CA011904XXXXMB

Plaintiffs, Div. AI

vs.

JANE DOE, JOHN DOE, AND MARY DOE

Defendants.

_______________________________________/

**ORDER DENYING DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER**

THIS MATTER came before the Court in Chambers for consideration of the Defendants' Joint Motion for Protective Order and Request for Emergency Hearing, filed on July 26, 2024. After considering the matter, and the Court being otherwise fully advised in the premises, it is hereby ordered and adjudged as follows:

It is hereby ORDERED AND ADJUDGED that:

1. Defendants' Motion for Protective Order is **DENIED IN PART AND GRANTED IN PART.**

2. Plaintiffs are not prohibited from commenting on the litigation in general based primarily on their First Amendment freedoms that allow them to make certain statements, but Plaintiffs do so at their own peril for which there are rights and remedies. The Court cautions Plaintiffs in this regard.

3. With respect to witnesses, Plaintiffs are prohibited from knowingly sending texts, issuing tweets, and publishing posts online or on social media that could be intimidating

to witnesses, and intended to cause a witness to testify in one manner or another. *See* § 914.22, Florida Statutes.

**DONE AND ORDERED** in chambers in West Palm Beach, Palm Beach County, Florida this 2 day of August, 2024.

Honorable G. Joseph Curley Jr.,
Circuit Court Judge

Copies to:

| | |
|---|---|
| Thomas Maniotis, Esq.<br>5201 Blue Lagoon Drive, Floor 8<br>Miami, FL 33126 | tamaniotis@equitylegal.net<br>tamaniotisesq@gmail.com<br>pcalvert@equitylegal.net |
| Joseph D. McBride<br>The McBride Law Firm, PLLC<br>99 Park Avenue, 6th Flr.<br>New York NY 10016 | Jmcbride@Mcbridelawnyc.Com |
| Danielle Bianculli Pinter<br>1201 F Street NW<br>Suite 200<br>Washington, DC 20004 | Dpinter@Ncoselaw.Org<br>Jjohnson@Ncoselaw.Org |
| Emma Gabbey<br>1647 Park Tree Place<br>Delray Beach, FL 33445 | No E-Mail Address Available |
| Jennifer Safstrom<br>131 21st Ave. South<br>Nashville, TN 37203 | Jennifer.Safstrom@Vanderbilt.Edu |
| Jenny M. Flanigan<br>1100 Ludlow Street<br>Suite 300<br>Philadelphia, Pa 19107 | Jflanigan@Laffeybuccikent.Com<br>Jflanigan@Lbk-Law.Com |
| Jillian P. Roth<br>1100 Ludlow Street<br>Suite 300<br>Philadelphia, Pa 19107 | Jroth@Lbk-Law.Com<br>Jroth@Laffeybuccikent.Com<br>Cvgdteam@Laffeybuccikent.Com |
| Matthieu Martelly<br>6649 Somerset Dr<br>Apt 106<br>Boca Raton, Fl 33433 | No E-Mail Address Available |