12:33

◀ WhatsApp

5G UC

**Post**

**Andrew Tate**

@Cobratate

X.com

10k reward for this man's identity and work place.




**Rate proposed Community Notes**