# EXHIBIT 10
# UNDER SEAL