# EXHIBIT 11
# UNDER SEAL