**SM_Brickell Urgent Care**
Baptist Health Medical Plaza at Brickell
2660 Brickell Avenue
Miami, FL 33129-

Patient: **MANIOTIS, THOMAS ALEX**
[redacted] [redacted] Admit: 8/9/2026
[redacted] [redacted] Disch: 8/9/2026
[redacted] [redacted] Male Admitting:
Location: UC_Brickell; BR08; AA

***Documentation***

| | |
|---|---|
| Document Type: | Discharge Instructions |
| Service Date/Time: | 8/9/2026 21:05 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Urgent Care Discharge Visit Instructions |
| Perform Information: | Arencibia Pita,Luis APRN (8/9/2026 21:05 EDT) |
| Sign Information: | Arencibia Pita,Luis APRN (8/9/2026 21:05 EDT) |

Maniotis, Thomas [redacted] **Visit Date:** 08/09/2026 [redacted]

# Visit Instructions

We would like to thank you for allowing us to assist with your healthcare needs. The following includes information regarding your visit.

## Your Diagnosis

Burning sensation of eye
Acute toxic conjunctivitis, unspecified eye

# Your Next Steps

## You Need to Schedule the Following Appointments

You may have been referred to your doctor or a specialist; please follow up as instructed. Your insurance benefits for any follow-up care will be determined at the time of scheduling. You are free to follow up with any provider of your choice. To find a doctor, visit BaptistHealth.net/FindADoctor. This directory includes all physicians with privileges at Baptist Health Hospitals, and there is no fee associated with being in this directory.

**Follow Up with** the ER if symptoms persist or worsen
**When**

**Follow Up with** To find a physician, visit BaptistHealth.net/FindADoctor

**SM_Brickell Urgent Care**

Patient Name: MANIOTIS, THOMAS ALEX
[redacted] [redacted] Admit: 8/9/2026
[redacted] [redacted] Disch: 8/9/2026
[redacted] [redacted] Male Admitting:

***Documentation***

**When**

**Follow Up with** PCP in 2 days even if feeling well.
**When**

# Allergies

[redacted]

# Medications

| | What | How Much | When | Instructions |
|---|---|---|---|---|
| New | ocular lubricant (Moisture Eyes ophthalmic solution) | 2 Drops<br>Both eyes | 2 times a day as needed for as needed for dry eyes | Duration: 7 Days<br>Pickup at WALGREENS DRUG STORE #03943 |

**Pharmacy Information**
WALGREENS DRUG STORE #03943: 200 SW 13th St Miami, FL 331304220 (305) 854 - 6340

# Your Summary

[redacted]

**SM_Brickell Urgent Care**

Patient Name: MANIOTIS, THOMAS ALEX
[redacted] [redacted] Admit: 8/9/2026
[redacted] [redacted] Disch: 8/9/2026
[redacted] [redacted] Male Admitting:

***Documentation***

# Your Care Team

**UC Physician:**
Da Silva, Bruno MD
**Advanced Practitioner Provider:**
Arencibia Pita, Luis APRN

---

## Medications Administered

**Medication Name:** Balanced Salt ophthalmic irrigation Soln 15 mL
**Last Dose:** 15 mL
**Last Administered:** 08/09/2026 08:55 pm

## Education Materials

### Chemical Pink Eye in Adults: What to Know




Chemical pink eye is irritation and swelling in your eye. It's also called chemical conjunctivitis. It happens when a chemical gets in your eye.

This condition can make your eye red, pink, or itchy. You can get it in one eye or both eyes. But it's not contagious. That means it can't spread from person to person.

SM_Brickell Urgent Care

Patient Name: MANIOTIS, THOMAS ALEX
[redacted] [redacted] Admit: 8/9/2026
[redacted] [redacted] Disch: 8/9/2026
[redacted] [redacted] [redacted] Admitting:

***Documentation***

## What are the causes?

Getting a chemical or other irritant in your eye, such as:

- Smoke.
- Chlorine.
- Soap.
- Fumes.
- Air pollution.

## What increases the risk?

- Living in a place with a lot of air pollution.
- Working in a place with chemicals in the air.
- Using swimming pools a lot.
- Wearing contacts.

## What are the signs or symptoms?

- Eyes that are:
  - Red.
  - Itchy.
  - Painful.
  - Sensitive to light.
- A burning feeling in your eyes.
- Clear drainage from your eyes.
- Swollen eyelids.
- Mild loss of eyesight.

## How is this treated?

The chemical will need to be rinsed out of your eye. The sooner this is done, the better. Treatment may also include:

- Artificial tears. These can help get all of the chemical out of your eye.
- Steroid eye drops. These can help with irritation and swelling.
- Antibiotics.
- Cool, wet cloths to put on your eye.
- Pain medicine.

## Follow these instructions at home:

**Medicines**

***Documentation***



- Take your medicines only as told.
- If you were given antibiotics, take them as told. **Do not** stop taking them even if you start to feel better.
- Use eye drops and ointments as told.

**General instructions**

- Until your eye is better:
  - **Do not** wear contacts. Wear glasses instead.
  - **Do not** wear eye makeup.
  - **Do not** touch or rub your eyes.
- Put a cool, wet cloth on your eye for 10–20 minutes. Do this 3–4 times a day as needed.
- Try to avoid the chemical or the place that caused the irritation. Wear goggles if you need to.
- Wash your hands with soap and water for at least 20 seconds before you use eye drops or cool, wet cloths. If you can't use soap and water, use hand sanitizer.
- Keep all follow-up visits. Your doctor will want to watch your healing.

## Contact a doctor if:

- Your symptoms don't get better.
- Your symptoms get worse.
- You have new symptoms.

## Get help right away if:

- Your eyesight gets worse all of a sudden.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 05/08/2024 Document Reviewed: 05/08/2024
Elsevier Patient Education © 2026 Elsevier Inc.

# Medical Record Access

You can access many of your Baptist Health medical records online at **BaptistHealth.net/login** or in our mobile app. For log-in support, contact us at **1-866-692-1500**.

***Documentation***

Using the camera in your mobile device or tablet **scan the QR code(s)** below.

**Download PineApp to Access Online Medical Records**

**Medical Records Information Website**

**Accessing Records for Patients 11 and Younger:** Instructions for accessing minor records (ages 0-11) is emailed to the patient's parent/legal guardian based on the email information provided at the time of registration.

If you are not able to access your records online and would like to request copies, visit **BaptistHealth.net/MedicalRecords**.

To contact Medical Records for Bethesda Hospital call 561-226-6229. For all other entities call 786-594- 6400.

# Additional Information

We are happy to serve you. Some illnesses get worse even when treated correctly. Others may take more time before the correct diagnosis can be made. If you feel worse, call 911 or go to the nearest emergency department. We are very concerned about your general health and safety. Because of this, when driving or riding in a vehicle, we encourage you to always wear your seatbelt, and if you have an infant or child, always use the appropriate infant child car seat.

Baptist Health is committed to improving the health and wellness of our community. Baptist Health offers educational and free programs, health screenings, signature events, and access to several support groups throughout Miami-Dade and Broward counties. Physicians and various medical professionals provide their expertise on a wide range of health-related topics. Registration is required for all programs. Please contact **786-596-3812** (English) or **786-596-3814** (Spanish) or email Programs@BaptistHealth.net for program information. Baptist Health also offers Community Exercise with certified fitness instructors leading more than 200 monthly programs in the Community including: Walking Groups, Tai Chi-style, Pilates, Yoga, and more. New exercise classes are added regularly. Come try a complimentary Zumba, Yoga, or Pilates class and be on your way to a healthier you.
For more information, email CommunityExercise@BaptistHealth.net or call **786-596-7044** .

SMOKING AND YOUR HEALTH: Smoking is the most preventable cause of illness and death in the United States. Smoking increases your risks of heart disease, diabetes, cancer, lung disease and many other serious health conditions. Second hand smoke or "passive smoke" is dangerous to others. The effect that smoking has on non-smokers is the same health risk as smokers.

SEDATIVE MEDICATION DISCHARGE INSTRUCTIONS: If you received pain and/or sedative-like medication today do not drive, use machinery, or do anything that needs mental alertness until you know how this medicine affects you. Do not stand or sit up quickly as this medication may make you drowsy or dizzy, especially if you are an older patient. This reduces the risk of dizzy or fainting spells. Alcohol may interfere with the effect of this medicine. Avoid alcoholic drinks. If your condition worsens call 911 or go to the nearest Emergency

**SM_Brickell Urgent Care**

Patient Name: MANIOTIS, THOMAS ALEX

[redacted] Admit: 8/9/2026

[redacted] Disch: 8/9/2026

[redacted] Male Admitting:

***Documentation***

Department.

# Save On Your Prescriptions

Baptist Health




Baptist Health now has a prescription savings card allowing you to save up to 80% on your prescriptions instantly! It's free to use and is accepted at over 35,000 participating pharmacies nationwide, including our own Baptist Health Pharmacy. Simply search for a prescription at **www1.SingleCare.com/BaptistHealthRX** and then show the digital card to your pharmacist to process your prescription using the BIN and PCN number.

***Documentation***

# Important Information for Medicare Patients

**OFF CAMPUS MEDICARE OUTPATIENT COINSURANCE NOTICE**

To our Medicare Patients:

Medicare regulations require us to provide you with a notice of your potential liability for the hospital service(s) you will receive.
We are required to advise you that because the service(s) is/are furnished by a department of the hospital, you will incur a coinsurance liability to the hospital that you otherwise not incur if the services were furnished in an entity that is not hospital-based. At this time, we can provide you with the following information on the estimated amount of your coinsurance liability.
Since we do not know the exact type and extent of services that you may need, we are unable to provide you with an accurate amount of your liability. However, the typical charge that is incurred by a beneficiary based on all visits to this department or facility over the last 12 months is estimated to be $45.66.
**The actual amount of your coinsurance liability to the hospital may be different from any estimate that is provided above. Actual coinsurance liability will be based on the services that you received and also subject to final determination by the Medicare program.**
If you are enrolled in a state medical assistance program such as Medicaid, your coinsurance liability may be reduced or eliminated by law.
**Your coinsurance liability for hospital services is separate from the Medicare coinsurance liability that you may owe for any physician or professional services provided to you in conjunction with hospital services.**
I have read the foregoing and understand that I will incur a liability to the hospital for Medicare coinsurance as permitted by law.

**SM_Brickell Urgent Care**

Patient Name: MANIOTIS, THOMAS ALEX

[redacted] [redacted] Admit: 8/9/2026

[redacted] [redacted] Disch: 8/9/2026

[redacted] [redacted] Male Admitting:

## *Documentation*

### Hospital Quality Measures/Patient Safety Information

**Hospital name: SOUTH MIAMI HOSPITAL** **Date: 7/29/2026**

Patients admitted to the hospital for treatment of medical problems sometimes experience other serious injuries, complications, or conditions. Some patients may experience problems soon after they are discharged and need to be admitted to the hospital again. These events can often be prevented if hospitals follow best practices for treating patients.

**Health Care Associated Infections (HAI)** **July 2024 through June 2025**

HAIs are infections that occur while a patient is being treated in a hospital. Many of these infections can be prevented through the use of proper procedures and precautions. Infection reports compare the infections at a hospital to a national benchmark.

| | Catheter Associated UrinaryTract Infection | Central-line Associated Bloodstream Infection | Clostridium Difficile Infections | Methicillin-resistant Staphylococcus aureus | Surgical Site Infection from Colon Surgery | Surgical Site Infection from Abdominal Hysterectomy |
|---|---|---|---|---|---|---|
| **State Benchmark** | 0.301 | 0.468 | 0.223 | 0.738 | 0.637 | 0.949 |
| **Facility Rating** | ★★★ | ★★★ | ★★★ | ★★ | ★★ | ★★ |

★★★ Better than the U.S. National Benchmark
★★ No different than the U.S. National Benchmark
★ Worse than the U.S. National Benchmark
**N/A** No results available

**Hospital Consumer Assessment of Healthcare Providers and Systems (HCAHPS)** **July 2024 through June 2025**

Patient surveys measure satisfaction with hospital care, nurse and doctor communication, staff response to needs, and the cleanliness and quietness of the hospital.

| | Overall Hospital Rating |
|---|---|
| **National Average** | 72% |
| **State Average** | 68% |
| **Facility Overall Rating** | ★★★★75% |

★ The star ratings range from ★ - ★★★★★ stars
(%) The percent of patients surveyed who gave the hospital the highest possible score
**N/A** No results available

**15-Day Readmission Rate** **July 2024 through June 2025**

Patients should not normally be readmitted to a hospital within 15 days of a hospital stay for the same or a related condition. A low 15-Day readmission rate generally means the hospital is doing a better job of managing a patient's condition and helping arrange proper post-hospital care coordination.

| | 15-day Readmission Rate |
|---|---|
| **Statewide Rate** | 6.49% |
| **Facility Rate** | 5.33% (Lower than Expected) |

(%) The percentage of patients readmitted within 15 days of initial discharge
*(As Expected, Lower than Expected, or Higher than Expected)* is based on the severity of patients seen.
**N/A** No results available

For more information: FloridaHealthFinder.gov: https://www.floridahealthfinder.gov/Compare-Care/Glossary
HCAHPS: Patients' Perspectives of Care Survey Webpage: https://www.cms.gov/Medicare/Quality-Initiatives-Patient-Assessment-Instruments/HospitalQualityInits/HospitalHCAHPS

AHCA Form 3190-2001OL, April 2021 59A-3.270, Florida Administrative Code
Available at http://www.ahca.myflorida.com/HQAlicensureforms

Patient Name: MANIOTIS, THOMAS ALEX
[redacted] [redacted] Admit: 8/9/2026
[redacted] [redacted] Disch: 8/9/2026
[redacted] [redacted] Male Admitting:

***Documentation***

# Maniotis, Thomas

**DOB:** 08/16/1989
**MRN:** 35354633
**Visit Date:** 08/09/2026

**By signing below, I accept that:**

I received a copy of these discharge instructions, **in their entirety, including the OFF CAMPUS MEDICARE OUTPATIENT COINSURANCE NOTICE, if applicable.**
If I received tests during my visit, I will receive copies of my test results. I can access an electronic version of my test results by signing into my BaptistHealth/Pineapp.
I understand that it is important for me to follow up with my primary care doctor and any specialist(s) listed above.
It is important for me to share my test result(s) with my doctor(s). I will ask my doctor(s) to review my test result(s) from this visit and discuss the findings for my condition and any incidental findings with me.

**Patient/Representative Printed Name:** ______________________________
**Patient/Representative Signature:** _________________________________
**Relationship to Patient:** __________________________
**Witness Signature:** ________________________
**Date:** 08/09/2026 21:05:22

Electronically Signed on 08/09/2026 21:05

__________________________________________
Arencibia Pita, Luis APRN