If you have issues viewing or accessing this file contact us at NCJRS.gov.

Law Enforcement Distribution Only
146592

# National Institute of Corrections
# Community Corrections Division

# *** CHEMICAL AGENT ***
# INSTRUCTOR'S MANUAL

J. RICHARD FAULKNER, JR.
CORRECTIONAL PROGRAM SPECIALIST
NATIONAL INSTITUTE OF CORRECTIONS
WASHINGTON, DC 20534
202-307-3106 - ext.138

146592

**U.S. Department of Justice**
**National Institute of Justice**

This document has been reproduced exactly as received from the person or organization originating it. Points of view or opinions stated in this document are those of the authors and do not necessarily represent the official position or policies of the National Institute of Justice.

Permission to reproduce this [redacted] material has been granted by

Public Domain/NIC
U.S. Department of Justice

to the National Criminal Justice Reference Service (NCJRS).

Further reproduction outside of the NCJRS system requires permission of the [redacted] owner.

U.S. Department of Justice

National Institute of Corrections

*Washington, DC 20534*

# CHEMICAL AGENTS

Dangerous conditions that are present in communities have raised the level of awareness of officers. In many jurisdictions, officers have demanded more training in self protection and the authority to carry lethal weapons. This concern is a real one and administrators are having to address issues of officer safety. The problem is not a simple one that can be solved with a new policy. Because this involves safety, in fact the very lives of staff, the matter is extremely serious. Training must be adopted to fit policy and not violate the goals, scope and mission of the agency.

The use of chemical agents have become very useful as a form of non-lethal force. Mace and tear gas sprays have been available for years and most law enforcement agencies seldom use them because of their limitations. A relatively new type of spray has been developed that uses the essence of cayenne or chili peppers (oleoresin capsicum) as the active ingredient. This chemical agent has been tested in the field and has been found to be superior to other types of defensive sprays (CS and CN.) Oleoresin Capsicum or OC is 100% effective in the 5% solution against attacking animals, people that are under the influence of alcohol, drugs, and highly motivated or emotionally disturbed individuals.

Training in the use of chemical agents is approximately four to six hours and trainers can be trained in two days. Additionally, it is not necessary to have refresher training. The cost of the product is reasonable and discounts are available for official government purchase orders. Cap-Stun (TM) is a leader in the production of this type of chemical spray. They produce a variety of sprays and the 5% solution is only sold to law enforcement and is not available for private citizens. Cap-Stun is being used by many probation and parole agencies with no negative reports.

The effects of oleoresin capsicum are immediate causing lacrimation, blepharospasm or a complete closing of the eye lids due to dilating capillaries. There will be swelling in the lining of the throat reducing the size of the airway. A temporary paralysis of the larynx and uncontrollable choking, gagging and gasping for breath will occur. A burning sensation as well as swelling of the mucous membranes causing extreme discomfort will occur. The skin will appear inflamed similar to an actual burn with a red color.

Once an individual has been sprayed and is in custody the first aid is fresh air, copious amounts of cool water and soap and water to the effected areas if necessary.

If you have further questions or want more information about oleoresin capsicum contact: J. Richard Faulkner, Jr., National Institute of Corrections, Community Corrections Division, 320 First Street, N.W., Washington, D.C. 20534

U.S. Department of Justice

National Institute of Corrections

*Washington, DC 20534*

***ALL OF THESE MATERIALS REGARDING THE SAFE AND PROPER USE OF THE CHEMICAL AGENT OLEORESIN CAPSICUM WERE COMPILED FOR YOUR EXAMINATION AND USE. THEY DO NOT ENDORSE ANY TRADE MARK PRODUCT.***

*****

***FOR LAW ENFORCEMENT DISSEMINATION ONLY***

# CHEMICAL AGENTS

# IN

# LAW ENFORCEMENT

***ALL OF THESE MATERIALS REGARDING THE SAFE AND PROPER USE OF THE CHEMICAL AGENT OLEORESIN CAPSICUM WERE COMPILED FOR YOUR EXAMINATION AND USE. THEY DO NOT ENDORSE ANY TRADE MARK PRODUCT.***

*****

***<u>FOR LAW ENFORCEMENT DISSEMINATION ONLY</u>***