**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MJ-03260-LOUIS**

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE,**
**__________________________________________/**

# ORDER

**THIS CAUSE** is before the Court on Defendant Emory Andrew Tate's Corrected Notice of Filing Briefing on Special Circumstances Test. (ECF No. 48). Upon review, and for the reasons set forth below, the Notice is hereby **STRICKEN**.[1]

The Notice operates as a sur-reply in support of Defendant's pending Motion for Release Pending Extradition Proceedings, (ECF No. 23). Defendant purports to incorporate approximately 150 pages of legal argument into his briefing in support of his Motion. Specifically, such argument is offered as support of his position, conveyed in a footnote in his original Motion, *see* (*id.* at 15 n.3), that the "special circumstances" test derived from the United States Supreme Court's decision in *Wright v. Henkel*, 190 U.S. 40 (1903), is unconstitutional.

The briefing schedule on Defendant's Motion was "entered in deference to defense counsel's request," (ECF No. 40), and has been modified at the Parties' request since. Defendant sought and obtained leave to file in excess of the Local Rules' page limitation. The Court permitted Defendant to file a Reply of the length he explicitly requested—one "not to exceed 30 pages in length." (ECF No. 43).

Defendant's Motion became ripe on August 21, 2026, when Defendant filed the Reply (ECF No. 44). Under this District's Local Rules, following the filing and service of a reply, "[n]o further

---

[1] Also **STRICKEN** is Defendant's initially filed Notice of Filing Briefing on Special Circumstances Test, (ECF No. 47), for identical reasons.

or additional memoranda of law shall be filed and served without prior leave of Court." S.D. Fla. L.R. 7.1(c)(1). Defendant sought no such leave prior to filing the instant Notice.

Defendant's Notices, (ECF Nos. 47, 48), are accordingly **STRICKEN**. Briefing on the Motion for Release is closed and the hearing is set for August 27, 2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August, 2026.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE