UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
_______________________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
_______________________________________/

**EMORY ANDREW TATE AND TRISTAN TATE'S UNOPPOSED MOTION TO SEAL DOCKET ENTRY 46-5**

Andrew and Tristan Tate, through undersigned counsel, respectfully request that this Court enter an Order sealing Exhibit 5 to DE#46 [DE#46-5] in both cases. DE#46 is the Notice of Filing of the exhibits in support of the Tates' Reply to the Motion for Release Pending Extradition Proceedings [DE#44]. Exhibit 5 is Judge Curley's Order Denying Defendants' Joint Motion for the Protective Order in the Palm Beach case. The Order was issued under seal in the Palm Beach case but inadvertently filed on the public docket here. The government does not oppose.

WHEREFORE, Andrew and Tristan Tate respectfully request that this Honorable Court enter an Order directing that DE#46-5 in both cases be sealed.

Respectfully submitted,

*<u>/s/ Thomas Maniotis</u>*
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants

*<u>/s/ Joseph D. McBride</u>*
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

<u>/s/ *Howard Srebnick*</u>
<u>/s/ *Alexa Klein*</u>
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com

<u>/s/ *Stephen James Binhak*</u>
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com