UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
_______________________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
_______________________________________/

**[PROPOSED] ORDER GRANTING EMORY ANDREW TATE**
**AND TRISTAN TATE'S UNOPPOSED MOTION TO SEAL DE#46-5**

**THIS CAUSE** comes before the Court upon Andrew Tate and Tristan Tate's Unopposed Motion for an Order sealing DE#46-5. Upon review of the motion, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion to seal is GRANTED, and for good cause shown, it is ORDERED that DE#46-5 will be sealed until further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this ___ day of August, 2026.

_______________________________________
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE