UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
______________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
______________________________/

**[PROPOSED] ORDER PERMITTING THE CONVENTIONAL FILING OF A THUMB DRIVE CONTAINING VIDEO EXHIBITS**

THIS MATTER came before the Court on *Emory Andrew and Tristan Tate's Motion for Leave to Conventionally File Video Exhibits*, DE#_. For good cause shown,

IT IS HEREBY ORDERED that the motion for conventional filing of a thumb drive is GRANTED.

**DONE AND ORDERED** in Miami, Florida, this ___ day of September, 2026.

______________________________
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

CC: All parties