**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NOS.** 26-mj-03259-LOUIS
26-mj-03260-LOUIS

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
_____________________________________________/

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE,**
_____________________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF FILING REDACTED COPIES OF THE UNITED KINGDOM'S FORMAL REQUESTS FOR THE EXTRADITIONS OF EMORY ANDREW TATE AND TRISTAN TATE**

The United States of America, by and through the undersigned counsel for the United States, and pursuant to Local Rule 5.1(d), hereby files redacted copies of the United Kingdom of Great Britain and Northern Ireland's formal requests for the extradition of Tristan Tate and Emory Andrew Tate (the "Tates"). Assistant United States Attorney Alejandra L. López has previously provided the attached requests to all counsel of record for the Tates.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*________
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSISTANTATTORNEY GENERAL
CRIMINAL DIVISION

By: */s/ Kerry A. Monaco*
Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: */s/ Rachel M. Yasser*
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Email: Rachel.Yasser2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 5, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which caused the same to be served on Howard Srebnick, Esquire; Jackie Perczek, Esquire; Alexa Klein, Esquire; Stephan Binhack, Esquire; Thomas Maniotis, Esquire; and Joseph McBride, Esquire, counsel for the Defendant.

*/s/ Alejandra L. López*________
Alejandra L. López
Assistant United States Attorney