**UNLAWFUL IMAGES CHART**

| COUNT | CHARGE | DATE | IMAGE(s) | CATEGORY | DEVICE | REQUEST PAGE(s) |
|---|---|---|---|---|---|---|
| **24** | Distributed | Sent on June 1, 2015, via WhatsApp | Image (video) depicting the minor naked and penetrating her vagina with her fingers. | Category A | AT01 (Chat RMH/21) | Doc. 68-1 at 132, 133-134 |
| **25** | Distributed | Sent on June 3, 2015, via WhatsApp | Image (video) depicting the minor naked and penetrating her vagina with her fingers and hand. | Category A | AT01 (Chat RMH/14) | 132, 135 |
| **26** | **NOT PURSUED** | | | | | |
| **27** | Distributed | Sent on June 14, 2015, via WhatsApp | Image (video) depicting the minor naked and penetrating her vagina with her fingers and hand. | Category A | AT01 (Chat RMH/15) | 132, 137-138 |
| **28** | Distributed | Sent on June 19, 2015, via WhatsApp | Image (screenshot from video) depicting the minor penetrating her vagina with a finger. | Category A | AT01 (Chat RMH/07) | 133, 138-140 |
| **29** | Distributed | Sent on June 19, 2015, via WhatsApp | Image (video) depicting the minor naked and penetrating her vagina with her fingers and hand. | Category A | AT01 (Chat RMH/07) | 133, 140-141 |
| **30** | **NOT PURSUED** | | | | | |
| **31** | Made | On or before July 18, 2015 | 36 images and videos, including depiction of the minor's exposed genital and anus as the minor penetrates her anus with her hand. | Category A | AT01 | 143 |
| **32** | Made | On or before July 18, 2015 | 13 images and videos, including depiction of the minor having non-penetrative intimate contact with an adult female while both participants are on a bed with the child wearing lingerie and her breasts exposed. | Category B | AT01 | 143 |
| **33** | Made | On or before July 18, 2015 | 41 images, including depiction of the minor lying on a bed with her genitals exposed and displayed to the camera. | Category C | AT01 | 144 |

**UNLAWFUL IMAGES CHART**

| | | | | | | |
|---|---|---|---|---|---|---|
| **34** | Made | On or before July 18, 2015 | Three images, including depiction of the minor naked with her fingers on her exposed genitals, potentially including an object inserted in her vagina. | Category B | PKB02 | 144 |
| **35** | Made | On or before July 18, 2015 | 17 images, including depiction of the minor with her upper body exposed with one hand resting on her exposed breast. | Category C | PKB02 | 145 |
| **36** | Made | On or before July 18, 2015 | 30 images, including depiction of the minor naked and holding an object inserted into her vagina. | Category A | SJB1 | 145 |
| **37** | Made | On or before July 18, 2015 | 10 images and videos, including depiction of the minor wearing lingerie and kissing A. TATE while he is seated on a bed, speaking into a camera. The video also includes an adult female whose breasts are exposed leaning across A. TATE and kissing the minor. | Category B | SJB1 | 146 |
| **38** | **NOT PURSUED** | | | | | |
| **39** | Possessed | On or before July 18, 2015 | An image of an explicit and realistic portrayal of a person performing an act of intercourse with a live eel. | Extreme | SJB1 | 147 |
| **40** | Possessed | On or before July 18, 2015 | An image of an explicit and realistic portrayal of a person performing an act of intercourse with a live horse. | Extreme | SJB1 | 147 |
| **41** | Possessed | On or before July 18, 2015 | An image of an explicit and realistic portrayal of a male mutilating his own penis. | Extreme | PKB02 | 148 |
| **42** | Possessed | On or before July 18, 2015 | An image of an explicit and realistic portrayal of a male mutilating his own testicles and penis. | Extreme | PKB02 | 149-150 |